1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO NGWAZI X WOOTEN,

11            Plaintiff,                 No.  2:12-cv-0636 JFM (PC)

12        vs.

13   BOUDINOT, et al.,

14            Defendants.               ORDER FOR PAYMENT

15   _____/   OF INMATE FILING FEE

16   To:  The Sheriff of Yolo County, Attention:  Inmate Trust Account, 41793 Gibson Road,

17   Woodland, California 95776:

18            Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the

19   statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

20   20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the

21   average monthly balance in plaintiff's trust account for the 6-month period immediately

22   preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial

23   filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent

24   of the preceding month's income credited to plaintiff's trust account.  The Yolo County Sheriff is

25   required to send to the Clerk of the Court the initial partial filing fee and thereafter payments

26   /////

                                              1

1  from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until

2  the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

3        Good cause appearing therefore, IT IS HEREBY ORDERED that:

4        1.  The Sheriff of Yolo County or a designee shall collect from plaintiff's inmate

5  trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. §

6  1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  The

7  payment shall be clearly identified by the name and number assigned to this action.

8        2.  Thereafter, the Yolo County Sheriff or a designee shall collect from plaintiff's

9  inmate trust account monthly payments from plaintiff's trust account in an amount equal to

10  twenty percent (20%) of the preceding month's income credited to the inmate's trust account and

11  forward payments to the Clerk of the Court each time the amount in the trust account exceeds

12  $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has

13  been paid in full.  The payments shall be clearly identified by the name and number assigned to

14  this action.

15        3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

16  plaintiff's signed in forma pauperis affidavit on the Sheriff of Yolo County, Attention:  Inmate

17  Trust Account, 41793 Gibson Road, Woodland, California 95776.

18        4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

19  Department of the court.

20  DATED: April 18, 2012.

21

22

23  UNITED STATES MAGISTRATE JUDGE

24  12

25  woot0636.cdcyolo

26

2